IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VICTOR WATKINS,**

    **Plaintiff,**

**v.**

**LEE RYKER, MAGGIE BRIAN, and
JAMES NIELSON,**

    **Defendants.**                          Case No. 08-cv-070-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated May 11, 2010, judgment is entered in favor of defendant, **JAMES NIELSON**, and against plaintiff, **VICTOR WATKINS.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 30, 2008, defendants **LEE RYKER and MAGGIE BRIAN** were dismissed from this case without prejudice. Plaintiff's claims against those two defendants are now **DISMISSED WITH PREJUDICE.** -----------------------------

                                          **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                          **BY:**      **/s/*Sandy Pannier*
                                                    **Deputy Clerk**

Dated: May 12, 2010

APPROVED: /s/ *David R Herndon*
                **CHIEF JUDGE
                U. S. DISTRICT COURT**